IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>STEVEN MISKIEWICZ, MD,<br>AKA/STEVEN MISZKIEWICZ, MD,<br>    Defendant,<br>and<br><br>LOW COUNTRY HEALTH CARE SYSTEM, INC.,<br>    Garnishee. | CASE NO. DNCW3:11MC122<br>(Financial Litigation Unit) |

### DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Steven Miszkiewicz, MD is DISMISSED.

**SO ORDERED.**

Signed: June 27, 2012

David S. Cayer
United States Magistrate Judge